Alton J. **BAILEY** et al., Plaintiffs-Appellants,

v.

George **DIXON** et al., Defendants-Appellees.

No. 71–2379

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 22, 1971.

Joseph A. Gladney, Baton Rouge, La., Johnnie A. Jones, Baton Rouge, La., for plaintiffs-appellants.

Joseph W. Cole, Jr., Port Allen, La., Julius Miller, New York City, for defendants-appellees.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

PER CURIAM:

Affirmed. *See* F.R.Civ.Pro. 12(h)(3); Harmon v. Superior Court, 9 Cir. 1962, 307 F.2d 796. *See* Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.